UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SAI ROSE,<br><br>    Plaintiff,<br><br>v.<br><br>WINCO FOODS, LLC<br><br>    Defendant. | Case No. 1:24-cv-00251-DCN<br><br>**ORDER** |

Plaintiff Sai Rose filed the above-captioned Complaint and Application to Proceed in Forma Pauperis on May 17, 2024. Dkts. 1, 2. Rose filed an Amended Complaint a week later. Dkt. 4.

On July 8, 2024, the Court issued a decision granting Rose's Application to Proceed in Forma Pauperis and allowing him to serve the Defendant, Winco. *See generally* Dkt. 5.

Rose then filed a Motion to Recognize Proper Service (Dkt. 10) and Winco filed a Motion to Dismiss (Dkt. 14).

On January 30, 2025, the Court issued a decision on the pending motions. Dkt. 16. Therein, the Court granted Winco's Motion to Dismiss and found Rose's Motion to Recognize Proper Service moot. Dkt. 16, at 8. That said, the Court gave Rose a final opportunity to amend his complaint to state cognizable legal claims. The Court gave Rose 30 days to comply. *Id*.

ORDER - 1

The Court outlined what Rose needed to do to proceed and specifically warned him that "failure to comply [would] result in the full dismissal of this case WITH PREJUDICE." *Id.* (capitalization in original).

It has been 50 days since the Court issued its decision. To date, Rose has not filed anything with the Court. Thus, in accordance with the Court's prior order and warning, this case is DISMISSED with PREJUDICE and CLOSED.

DATED: March 18, 2025

David C. Nye
Chief U.S. District Court Judge

ORDER - 2